FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAR 2 8 2012

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:12cr 57-MHT |
| | ) | [18 U.S.C. § 371; |
| BRUCE KING, | ) | 18 U.S.C. § 1028A(a)(1), (c)(5); |
| JENIKA WILLIAMS, | ) | 18 U.S.C. § 1343; |
| ANTOINETTE DJONRET, | ) | 26 U.S.C. § 7206(2)] |
| NAKESHA DONALDSON, | ) | |
| ANGELA SMITH, and | ) | |
| VONECIA ORUM, | ) | |
| | ) | |
| Defendants | ) | **INDICTMENT** |

The Grand Jury charges that:

## INTRODUCTION

At all times relevant to this Indictment:

1.      Defendant BRUCE KING owned and operated "Premier Tax," a tax preparation

business located in Montgomery, Alabama, within the Middle District of Alabama.  Bruce King

owned and operated four other Premier Tax locations in Alabama and Georgia.

2.      Defendant JENIKA WILLIAMS resided in Montgomery, Alabama, within the

Middle District of Alabama, and worked at Premier Tax's Montgomery location.

3.      Defendant ANTOINETTE DJONRET resided in Montgomery, Alabama, within

the Middle District of Alabama, and worked at Premier Tax's Montgomery location.

4.      Defendant NAKESHA DONALDSON resided in Montgomery, Alabama, within

the Middle District of Alabama, and worked at Premier Tax's Montgomery location.

1

8110286.3

5.     Defendant ANGELA SMITH resided in Montgomery, Alabama, within the Middle District of Alabama, and worked at Premier Tax's Montgomery location.

6.     Defendant VONECIA ORUM resided in Montgomery, Alabama, within the Middle District of Alabama, and worked at Premier Tax's Montgomery location.

7.     The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

8.     The Earned Income Tax Credit ("EITC") was a refundable credit for low-income working individuals and families. The EITC was calculated as a percentage of an earned income level. The EITC increased as a taxpayer earned increasing amounts of income until the taxpayer's income reached a specified amount. The EITC then decreased and phased out completely for taxpayers who made more than a specified amount.

## COUNT ONE
(Conspiracy to Defraud the United States)

1.     The factual allegations contained in Paragraphs 1 through 8 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.     From in or around July 2007 through in or around October 2010, the exact dates being unknown to the Grand Jury, in the Middle District of Alabama and elsewhere, defendants BRUCE KING, JENIKA WILLIAMS, ANTOINETTE DJONRET, NAKESHA DONALDSON, ANGELA SMITH, VONECIA ORUM and others, known and unknown to the grand jury, unlawfully, voluntarily, intentionally, and knowingly did conspire, combine, confederate, and agree together and with each other, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of federal income taxes.

2

## MANNER AND MEANS

3.     To accomplish the objects of this scheme, defendants BRUCE KING, JENIKA WILLIAMS, ANTOINETTE DJONRET, NAKESHA DONALDSON, ANGELA SMITH, and VONECIA ORUM used the following manners and means, among others:

4.     Defendant BRUCE KING would and did instruct employees and others, known and unknown to the grand jury, how to falsify federal income tax returns for purposes of inflating claimed tax refunds.

5.     Defendants BRUCE KING, JENIKA WILLIAMS, ANTOINETTE DJONRET, NAKESHA DONALDSON, ANGELA SMITH, and VONECIA ORUM would and did prepare and file false federal income tax returns containing false claims for tax refunds.

6.     Defendants JENIKA WILLIAMS, ANTOINETTE DJONRET, NAKESHA DONALDSON, ANGELA SMITH, and VONECIA ORUM prepared false returns by reporting income called "HSH" on line 7 of federal tax returns.

7.     Defendants BRUCE KING, JENIKA WILLIAMS, ANTOINETTE DJONRET, NAKESHA DONALDSON, and ANGELA SMITH prepared false tax returns by falsely reporting business income and expenses on line 12 of federal tax returns and on attached schedules.

8.     Defendants JENIKA WILLIAMS, ANTOINETTE DJONRET, NAKESHA DONALDSON, and ANGELA SMITH prepared false tax returns by reporting the names and Social Security numbers of individuals as dependents on federal tax returns when the individuals were not the legitimate dependent of the customer.

3

OVERT ACTS

9.    In furtherance of the conspiracy, and to effect the objects thereof, defendants

BRUCE KING, JENIKA WILLIAMS, ANTOINETTE DJONRET, NAKESHA DONALDSON,

ANGELA SMITH, and VONECIA ORUM committed the overt acts listed below, among others,

within the Middle District of Alabama and elsewhere:

10.    In or around October 2007, the exact date being unknown to the Grand Jury,

defendant BRUCE KING held a training session in Opelika, Alabama during which he instructed

trainees how to falsify federal income tax returns by, among other methods, falsifying schedules

attached to tax returns, including falsifying business income and expenses.

11.    On or about January 11, 2008, defendant JENIKA WILLIAMS prepared a 2007

U.S. Individual Income Tax Return, IRS Form 1040, for C.R. that falsely reported $12,099 in

business income on line 12.

12.    On or about January 13, 2008, defendant JENIKA WILLIAMS prepared a 2007

U.S. Individual Income Tax Return, IRS Form 1040, for J.F. that falsely reported $7,704 in

business losses on line 12.

13.    On or about January 15, 2008, defendant JENIKA WILLIAMS prepared a 2007

U.S. Individual Income Tax Return, IRS Form 1040, for M.F. that falsely reported $15,441 in

"HSH" income on line 7.

14.    On or about January 21, 2008, defendant JENIKA WILLIAMS prepared a 2007

U.S. Individual Income Tax Return, IRS Form 1040, for V.W. that falsely reported $15,641 in

"HSH" income on line 7.

4

15.     On or about January 28, 2008, defendant JENIKA WILLIAMS prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for L.B. that falsely reported $8,656 in business income on line 12.

16.     On or about January 11, 2008, defendant ANTOINETTE DJONRET prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for A.W. that falsely reported $14,526 in "HSH" income on line 7.

17.     On or about January 11, 2008, defendant ANTOINETTE DJONRET prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for J.F. that falsely reported $14,501 in "HSH" income on line 7.

18.     On or about January 10, 2008, defendant NAKESHA DONALDSON prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for A.M. that falsely reported $15,500 in "HSH" income on line 7.

19.     On or about January 12, 2008, defendant NAKESHA DONALDSON prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for C.W. that falsely reported $12,500 in "HSH" income on line 7.

20.     On or about January 14, 2008, defendant ANGELA SMITH prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for A.D. that falsely reported $12,301 in "HSH" income on line 7.

21.     On or about February 7, 2008, defendant ANGELA SMITH prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for S.R. that falsely reported $8,501 in business income on line 12.

5

22.     On or about January 7, 2008, defendant VONECIA ORUM prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for R.F. that falsely reported $1,500 in "HSH" income on line 7 and $11,115 in business income on line 12.

23.     On or about January 9, 2008, defendant VONECIA ORUM prepared a 2007 U.S. Individual Income Tax Return, IRS Form 1040, for W.W. that falsely reported $1,500 in "HSH" income on line 7 and $12,548 in business income on line 12.

24.     On or about October 14, 2010, defendant BRUCE KING submitted his 2009 U.S. Individual Income Tax Return, IRS Form 1040, that falsely reported $18,028 in business income on line 12, falsely reported $126 in tax due on line 75, and $216,188 in gross receipts or sales on Schedule C line 1.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
(Aiding the Filing of a False Tax Return)

1.     The factual allegations contained in Paragraphs 1, 7, and 8 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.     On or about January 14, 2006 in the Middle District of Alabama, defendant BRUCE KING did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, for E.T. for the calendar year 2005. The return was false and fraudulent as to a material matter in that it falsely reported $1,625 in business losses on line 12 when, in fact, BRUCE KING knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

6

8110286.3

## COUNT THREE
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 2, 7, and 8 of the Introduction
Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 15, 2008, in the Middle District of Alabama, defendant
JENIKA WILLIAMS did willfully aid and assist in, and procure, counsel, and advise the
preparation and presentation under the Internal Revenue laws of a U.S. Individual Income Tax
Return, Form 1040, of M.F. for the calendar year 2007.  The return was false and fraudulent as to
a material matter in that it falsely reported $15,441 in "HSH" income on line 7 when, in fact,
JENIKA WILLIAMS knew that figure was not correct.

       All in violation of Title 26, United States Code, Section 7206(2).

## COUNT FOUR
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 2, 7, and 8 of the Introduction
Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 21, 2008, in the Middle District of Alabama, defendant
JENIKA WILLIAMS did willfully aid and assist in, and procure, counsel, and advise the
preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of
V.W. for the calendar year 2007.  The return was false and fraudulent as to a material matter in
that it falsely reported $15,641 in "HSH" income on line 7 when, in fact, JENIKA WILLIAMS
knew that figure was not correct.

       All in violation of Title 26, United States Code, Section 7206(2).

8110286.3

## COUNT FIVE
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 2, 7, and 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 21, 2008, in the Middle District of Alabama, defendant

JENIKA WILLIAMS did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, IRS Form 1040,

of L.W. for the calendar year 2007.  The return was false and fraudulent as to a material matter in

that it falsely reported $8,625 in business losses on line 12 when, in fact, JENIKA WILLIAMS

knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT SIX
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 3, 7, and 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 11, 2008, in the Middle District of Alabama, defendant

ANTOINETTE DJONRET did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of

A.W. for the calendar year 2007.  The return was false and fraudulent as to a material matter in

that it falsely reported $14,526 in "HSH" income on line 7 when, in fact, ANTOINETTE

DJONRET knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

8

## COUNT SEVEN
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 3, 7, and 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 11, 2008, in the Middle District of Alabama, defendant

ANTOINETTE DJONRET did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of

J.F. for the calendar year 2007.  The return was false and fraudulent as to a material matter in

that it falsely reported $14,501 in "HSH" income on line 7 when, in fact, ANTOINETTE

DJONRET knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT EIGHT
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 3, 7, and 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 11, 2008, in the Middle District of Alabama, defendant

ANTOINETTE DJONRET did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of

R.C. for the calendar year 2007.  The return was false and fraudulent as to a material matter in

that it falsely reported $15,236 in "HSH" income on line 7 when, in fact, ANTOINETTE

DJONRET knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT NINE
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 4, 7, and 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 9, 2008, in the Middle District of Alabama, defendant

NAKESHA DONALDSON did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of

C.L. for the calendar year 2007.  The return was false and fraudulent as to a material matter in

that it falsely reported $15,500 in "HSH" income when, in fact, NAKESHA DONALDSON

knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT TEN
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 4, 7, and 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 10, 2008, in the Middle District of Alabama, defendant

NAKESHA DONALDSON did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of

A.M. for the calendar year 2007.  The return was false and fraudulent as to a material matter in

that it falsely reported $15,500 in "HSH" income on line 7 when, in fact, NAKESHA

DONALDSON knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

8110286.3

## COUNT ELEVEN
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 4, 7, and 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 12, 2008, in the Middle District of Alabama, defendant

NAKESHA DONALDSON did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of

C.W. for the calendar year 2007. The return was false and fraudulent as to a material matter in

that falsely reported $12,500 in "HSH" income on line 7 when, in fact, NAKESHA

DONALDSON knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT TWELVE
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1, 5, 7, and 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 14, 2008, in the Middle District of Alabama, defendant

ANGELA SMITH did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of

A.D. for the calendar year 2007. The return was false and fraudulent as to a material matter in

that it falsely reported $12,301 in "HSH" income on line 7 when, in fact, ANGELA SMITH

knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

11

8110286.3

**COUNT THIRTEEN**
(Aiding the Filing of a False Tax Return)

1.     The factual allegations contained in Paragraphs 1, 5, 7, and 8 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.     On or about February 7, 2008, in the Middle District of Alabama, defendant ANGELA SMITH did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of S.R. for the calendar year 2007.  The return was false and fraudulent as to a material matter in that it falsely reported $8,501 in business income on line 12 when, in fact, ANGELA SMITH knew that figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

**COUNT FOURTEEN**
(Aiding the Filing of a False Tax Return)

1.     The factual allegations contained in Paragraphs 1 and 6 through 8 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.     On or about January 7, 2008, in the Middle District of Alabama, defendant VONECIA ORUM did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of R.F. for the calendar year 2007.  The return was false and fraudulent as to a material matter in that it falsely reported $1,500 in "HSH" income on line 7 and $11,115 in business income on line 12 when, in fact, VONECIA ORUM knew each figure was not correct.

All in violation of Title 26, United States Code, Section 7206(2).

12

8110286.3

## COUNT FIFTEEN
(Aiding the Filing of a False Tax Return)

1.      The factual allegations contained in Paragraphs 1 and 6 through 8 of the

Introduction Section of this Indictment are realleged and incorporated herein as if copied

verbatim.

2.      On or about January 9, 2008, in the Middle District of Alabama, defendant

VONECIA ORUM did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the IRS of a U.S. Individual Income Tax Return, Form 1040, of

W.W. for the calendar year 2007.  The return was false and fraudulent as to a material matter in

that it falsely reported $1,500 in "HSH" income on line 7 and $12,548 in business income on line

12 when, in fact, VONECIA ORUM knew those figures were not correct.

All in violation of Title 26, United States Code, Section 7206(2).

## COUNTS SIXTEEN THROUGH TWENTY
(Wire Fraud)

1.      The factual allegations contained in Paragraphs 1 through 8 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      From in or about October 2007 through in or about April 2008, within the Middle

District of Alabama, defendants JENIKA WILLIAMS, ANTOINETTE DJONRET, NAKESHA

DONALDSON, ANGELA SMITH, and others, both known and unknown to the grand jury,

having knowingly and intentionally devised and intended to devise a scheme and artifice to

defraud, and to obtain money by means of false and fraudulent pretenses, representations, and

promises, caused to be transmitted by means of wire communication in interstate commerce,

communications, signals, and writings, to wit: electronically filed tax returns.

13

THE SCHEME AND ARTIFICE

3.     It was part of the scheme and artifice that defendants JENIKA WILLIAMS,

ANTOINETTE DJONRET, NAKESHA DONALDSON, and ANGELA SMITH would and did

possess the means of identification of individuals, including their names and Social Security

numbers.

4.     It was further part of the scheme and artifice that defendants JENIKA

WILLIAMS, ANTOINETTE DJONRET, NAKESHA DONALDSON, and ANGELA SMITH

would and did use the names and Social Security numbers of individuals without their

knowledge or consent as dependents on federal income tax returns which they filed and caused

to be filed with the IRS knowing the dependent reported on a customer's tax return was not the

legitimate dependent of the customer.

THE WIRE COMMUNICATIONS

5.     On or about the dates listed below, in the Middle District of Alabama, the

defendants listed below, for the purpose of executing the scheme and artifice to defraud,

transmitted, and caused to be transmitted, by means of wire communication in interstate

commerce, writings, signs, signals, pictures, and sounds as described for each count below:

| Count | Date of Offense | Defendant | Wire Communication |
|-------|-----------------|-----------|--------------------|
| 16 | January 15, 2008 | JENIKA WILLIAMS | Electronic Filing of Tax Return for M.F. using means of identification of T.H. as a dependent |
| 17 | January 21, 2008 | JENIKA WILLIAMS | Electronic Filing of Tax Return for V.W. using means of identification of J.W. as a dependent |
| 18 | January 23, 2008 | ANTOINETTE DJONRET | Electronic Filing of Tax Return for M.J. using means of identification of W.R. and A.M. as dependents |

8110286.3

| 19 | January 12, 2008 | NAKESHA DONALDSON | Electronic Filing of Tax Return for C.W. using means of identification of T.B. and A.S. as dependents |
| 20 | January 13, 2008 | ANGELA SMITH | Electronic Filing of Tax Return for C.M. using means of identification of K.D. and V.M. as dependents |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS TWENTY-ONE THROUGH TWENTY-EIGHT
(Aggravated Identity Theft)

1.    The factual allegations contained in Paragraphs 1 through 8 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.    On or about the dates listed below, in the Middle District of Alabama, the defendants listed below did knowingly possess and use the means of identification of other persons without lawful authority during and in relation to the wire fraud offense in this Indictment listed as Related Counts below, that is, they knowingly possessed and used the name and Social Security numbers of actual persons known to the grand jury, listed by the initials below, to aid in fraudulently obtaining tax refunds in the amounts listed below by use of interstate wire communications.

| Count | Date of Filing | Defendant | Related Count | Individual |
|---|---|---|---|---|
| 21 | January 15, 2008 | JENIKA WILLIAMS | 16 | T.H. |
| 22 | January 21, 2008 | JENIKA WILLIAMS | 17 | J.W. |
| 23 | January 23, 2008 | ANTOINETTE DJONRET | 18 | W.R. |
| 24 | January 23, 2008 | ANTOINETTE DJONRET | 18 | A.M. |
| 25 | January 12, 2008 | NAKESHA DONALDSON | 19 | T.B. |
| 26 | January 12, 2008 | NAKESHA DONALDSON | 19 | A.S. |
| 27 | January 13, 2008 | ANGELA SMITH | 20 | K.D. |

15

8110286.3

| 28 | January 13, 2008 | ANGELA SMITH | 20 | V.M. |
|---|---|---|---|---|

All in violation of Title 18, United States Code, Section 1028A(a)(1) and (c)(5).

8110286.3

A TRUE BILL

Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

JARED MORRIS
Assistant United States Attorney

JUSTIN GELFAND
JASON POOLE
CHAD SPRAKER
Trial Attorneys
U.S. Department of Justice

17

8110286.3